# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CUNHA, | 1:07-cv-00619-SMS-PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED |
| v. | |
| CORCORAN II (CSATF), et al., | (Doc. 1.) |
| Defendants. | |

Plaintiff James Edward Cunha ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 24, 2007. (Doc. 1.) On May 3, 2007, Plaintiff consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1), and on November 24, 2008, the court reassigned this action to the undersigned. (Docs. 4, 8.)

On November 26, 2008, the undersigned dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). (Doc. 9.) More than thirty days have passed, and Plaintiff has not complied with or otherwise responded to the Court's order.[1] As a result, there

---

[1] The United States Postal Service returned the order on December 12, 2008 as undeliverable. A notation on the envelope indicates that plaintiff is not at his address-of-record used by the court. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

1

is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

  Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), IT IS HEREBY ORDERED that:

  1. This action is DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under section 1983; and

  2. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated: January 23, 2009**    /s/ Sandra M. Snyder
               UNITED STATES MAGISTRATE JUDGE

2